UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| Moises Patron, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>Select Portfolio Servicing, Inc., et al.,<br><br>　　　　　　　Defendants. | Case No. EDCV 17-00071 JGB (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed on January 4, 2018 (Dkt. No. 40), the Motion for Summary Judgment by Defendants Select Porfolio Servicing, Inc., U.S. Bank National Assocaition, as Trustee for Mastr Asset Backed Securities Trust 2006-WMCF, Mortgage Pass-Through Certificates, Series 2006-WMC4 (erroneously sued as "U.S. Bank National Association, as Trustee for Master Asset Backed Securities Trust 2006-WMC4, Mortgage Pass-Through Certificates, Series 2006-WMC4"), and Mortgage Electronic Registration Systems, Inc. is GRANTED. Plaintiffs Maria Pilar Patron and Moises Patron's Complaint against the Defendants is DISMISSED.

| | |
|---|---|
| 1 | Judgment is entered in favor of Defendants. |
| 2 | |
| 3 | Dated: January 16, 2018 |
| 4 | *[signature]* |
| | THE HONORABLE JESUS G. BERNAL |
| 5 | United States District Judge |